```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
TRUSTEES OF THE SHEET METAL
WORKERS PRODUCTION WORKERS
WELFARE FUND, ET AL.,

                Plaintiffs,

    - against -                      ORDER ADOPTING MAGISTRATE
                                     REPORT AND RECOMMENDATION
                                        04-CV-3186(JS)(WDW)
HST ROOFING, INC.,

                Defendant.
----------------------------------X
Appearances:
For Plaintiffs:      Danielle Marlene Carney, Esq.
                     Barnes, Iaccarino, Virginia, Ambinder &
                     Shepherd, PLLC
                     3 Surrey Lane
                     Hempstead, New York 11550

For Defendant:       No appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge William D. Wall, dated June 28, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Judge Wall recommends that a default judgment be entered. In addition, damages in the amount of $44,446 along with interest in the amount of $4,145, liquidated damages in the amount of $2,072, and attorneys' fees and costs in the amount of $1,160 and $282, respectively, for a total award of $52,105 be awarded.

The docket sheet indicates that on July 29, 2005, Plaintiffs served a copy of the Report and Recommendation on the

Plaintiff.  Any objections had to be filed within 10 days of service or the right to appeal would be waived.  The docket shows that no objections were filed.  As no objections to the Report and Recommendations have been filed, all objections are hereby deemed to have been waived.

Accordingly, the Court ADOPTS the Report and Recommendation in its entirety.  The Clerk of the Court is directed to mark this case as CLOSED.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         August 12, 2005